UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MONIQUE WILLIAMS,**

Plaintiff,

v.

**NATIONAL RAILROAD PASSENGER CORPORATION, ET AL.,**

Defendants.

Case No. 19-cv-00576-YGR

**REVISED CASE MANAGEMENT AND PRETRIAL ORDER AND ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court has reviewed the parties' updated Case Management Conference Statement (Dkt. No. 56) and is satisfied that the above case is proceeding such that a conference at this juncture is not necessary. Accordingly, the Case Management Conference currently set for December 9, 2019 is **VACATED**. However, in light of the Case Management Conference Statement, the Court hereby revises the trial and pretrial dates as follows:

## REVISED PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, May 11, 2020 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | April 17, 2020 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with court approval or for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | June 26, 2020 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: June 3, 2020<br>Rebuttal: June 17, 2020 |
| EXPERT DISCOVERY CUTOFF: | July 31, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | September 29, 2020 [filed by August 25, 2020] |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, December 18, 2020 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | January 8, 2021 |
| PRETRIAL CONFERENCE: | Friday, January 22, 2021 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, February 8, 2021 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, August 28, 2020 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: December 5, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge