1  MARK F. HAZELWOOD, State Bar No. 136521
   mhazelwood@aghwlaw.com
2  KIMBERLY Y. CHIN, State Bar No. 271333
   kchin@aghwlaw.com
3  ERICA C. GONZALEZ, State Bar No. 289557
   egonzalez@aghwlaw.com
4  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
5  San Francisco, CA  94104
   Telephone:     (415) 697-2000
6  Facsimile:     (415) 813-2045

7  Attorneys for Defendants
   CITY OF RICHMOND and RHA HOUSING
8  CORPORATION

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12  MONIQUE WILLIAMS,                    Case No. 4:19-cv-00576-YGR

13                  Plaintiff,           **STIPULATION AND ORDER DETERMINING GOOD FAITH SETTLEMENT**

14       v.

15  NATIONAL RAILROAD PASSENGER
    CORPORATION dba AMTRAK; UNION
16  PACIFIC RAILROAD COMPANY, a
    corporation; CITY OF RICHMOND, a
17  California Government Entity; COUNTY
    OF CONTRA COSTA, a California
18  Government Entity; and DOES 1-50,

19                  Defendants.

20

21       IT IS HEREBY STIPULATED by and between plaintiff, MONIQUE WILLIAMS, and

22  defendants, CITY OF RICHMOND and RHA HOUSING CORPORATION, as follows:

23       1.      Defendants the CITY OF RICHMOND and RHA HOUSING CORPORATION

24  have collectively reached a settlement with plaintiff MONIQUE WILLIAMS, for the total sum

25  of $40,000, in return for a dismissal with prejudice.  Rather than incurring burdening the Court

26  with a formal motion for the determination of the good faith settlement, the parties conferred,

27  including disclosing the terms of the settlement with counsel for the other defendants, to permit

28  them to evaluate the settlement.  The parties have all agreed to stipulate that the settlement is

*ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP*
*180 Montgomery Street, Suite 1200*
*San Francisco, California 94104*

407146.1

                                            1              STIPULATION AND ORDER
                                                           4:19-CV-00576-YGR

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1    reasonable and made in good faith pursuant to California Code of Civil Procedure §877, *et seq*.

2        2.      California Code of Civil Procedure §877, *et seq*., rather than federal common law,

3    governs the determination of whether the above settlement is made in good faith.  Where, as

4    here, "a district court sits in diversity, or hears state law claims based on supplemental

5    jurisdiction, the court applies substantive law to the state law claims." *Mason & Dixon*

6    *Intermodal, Inc. v. Lapmaster Int'l*, 632 F.3d 1056, 1060 (9th Cir. 2011); *Galam v. Carmel* (In re

7    Larry's Apt., L.L.C.), 249 F.3d 832, 837 (9th Cir. 2001) ("It is well established that [u]nder the

8    Erie doctrine, federal courts sitting in diversity apply state substantive law" (internal quotations

9    and citations omitted).  "California Code of Civil Procedure §877 constitutes state substantive

10   law." *Mason, supra*, 632 F.3d at 1060 (holding the district court correctly applied California

11   Code of Civil Procedure §877 as state substantive law to resolve motion to dismiss pursuant to

12   good faith settlement); *Fed. Savings & Loan Ins. Corp. v. Butler*, 904 F.2d 505, 511 (9th Cir.

13   1990) (holding that California Code of Civil Procedure §877 constitutes substantive law); See

14   also *Yanez v. United States*, 989 F.2d 323, 327-28 (9th Cir. 1993).

15       3.      Pursuant to California Code of Civil Procedure §§877 and 877.6, all further

16   claims against defendants, CITY OF RICHMOND and/or RHA HOUSING CORPORATION,

17   for equitable comparative contribution, or partial or comparative indemnity, shall be barred.

18

19   Dated:  December 10, 2020                    LAW OFFICES OF LEONARD S. BECKER

20

21                                               By:  */s/ Leonard S. Becker*
                                                      LEONARD S. BECKER
22                                                    Attorneys for Plaintiff
                                                      MONIQUE WILLIAMS

23

24   Dated:  December 10, 2020                    KNOX RICKSEN

25

26                                               By:  */s/ Jane L. Trigero*
                                                      STEVEN R. ANTHONY
27                                                    JANE L. TRIGERO
                                                      Attorneys for Plaintiff
28                                                    MONIQUE WILLIAMS

407146.1

1   Dated:  December 10, 2020

2

3   By: __/s/ Mark F. Hazelwood_____

4

5

6

7

8   Dated:  December 10, 2020

9

10  By: __/s/ Jeremy J. Schroeder_____

11

12

13

14

15  Dated:  December 10, 2020

16

17  By: __/s/ Oscar A. Pardo_____

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

MARK F. HAZELWOOD
KIMBERLY Y. CHIN
ERICA C. GONZALEZ
Attorneys for Defendants
CITY OF RICHMOND and RHA HOUSING
CORPORATION

FLESHER SCHAFF & SCHROEDER, INC.

JEREMY J. SCHROEDER
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and UNION
PACIFIC RAILROAD COMPANY

PERRY, JOHNSON, ANDERSON, MILLER &
MOSKOWITZ, LLP

OSCAR A. PARDO
Attorneys for Defendants
RHA RAD HOUSING PARTNERS LP, JSCO
FRIENDSHIP TRIANGLE LLC and THE
JOHN STEWART COMPANY

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

STIPULATION AND ORDER
4:19-CV-00576-YGR

407146.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

## **ORDER**

2      GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING

3   STIPULATED TO THE SAME, the Court finds that the above-stated STIPULATION is

4   sanctioned by the Court and shall be and now is the Order of the Court.  The settlement between

5   plaintiff, MONIQUE WILLIAMS, and defendants, the CITY OF RICHMOND and RHA

6   HOUSING CORPORATION, is hereby deemed to be a good faith settlement within the meaning

7   and effect of California Code of Civil Procedure §§877 and 877.6.  Any further claims of any

8   other joint tortfeasors or co-obligors relating to the subject matter of this lawsuit against

9   defendants, the CITY OF RICHMOND and RHA HOUSING CORPORATION, for equitable

10  comparative contribution, or partial or comparative indemnity, based on comparative negligence

11  or comparative fault are hereby barred and dismissed with prejudice pursuant to Code of Civil

12  Procedure §877.6, subdivision (c).

13

14

15  DATED: 12/16/2020

16  **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT JUDGE**

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
4:19-CV-00576-YGR

407146.1